UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ERNESTO ALVARADO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED NATURAL FOODS INC.,<br><br>　　　　　Defendant. | Case No. EDCV 24-00655-FMO (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMNEDATIONS OF**<br><br>**UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the Second Amended Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

　　　Plaintiff objects that he has stated a sexual harassment claim under Title VII of the Civil Rights Act of 1964.  (ECF No. 19 at 1-3.) The Court concurs with the Report that Plaintiff failed to allege  sufficiently  severe  or  pervasive  conduct  to  alter  the

1  conditions of employment and create an abusive working environment.
2  (ECF No. 18 at 14-17.)  The alleged workplace conduct generally
3  bore no apparent relation to Plaintiff's gender or sexuality.
4  (Id.)

6    Plaintiff further objects that he has stated a retaliation
7  claim under Title VII.  (ECF No. 19 at 3-4.)  The Court concurs
8  with the Report that Plaintiff failed to allege that he complained
9  of discriminatory conduct or otherwise engaged in protected
10 activity before he was terminated.  (ECF No. 18 at 18-22.)
11 Plaintiff also failed to allege facts permitting a plausible
12 inference that any complaints were the but-for cause of his
13 termination.  (Id.)

15   Finally, Plaintiff objects that he should be allowed another
16 opportunity to amend.  (ECF No. 19 at 4.)  Plaintiff already has
17 been afforded two opportunities to amend and has failed to state a
18 claim.  The Court concurs with the Report that further amendment
19 would be futile.  (ECF No. 18 at 22-23.)

21   In sum, Plaintiff's Objections do not cause the Court to
22 reconsider its decision to accept the Magistrate Judge's
23 conclusions and recommendations. Accordingly, the Court concurs
24 with and accepts the findings and conclusions of the Magistrate
25 Judge in the Report and Recommendation.

**IT IS ORDERED** that the Second Amended Complaint is DISMISSED WITHOUT LEAVE TO AMEND for failure to state a claim, and Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation on Plaintiff.

DATED: September 5, 2024

```
_____/s/_____
       FERNANDO M OLGUIN
   UNITED STATES DISTRICT JUDGE
```