JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| ERNESTO ALVARADO,<br><br>                    Plaintiff,<br><br>        v.<br><br>UNITED NATURAL FOODS INC.,<br><br><br>                    Defendant. | Case No. EDCV 24-00655-FMO (AS)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, **IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.

    DATED: September 5, 2024


                        _____/s/_____
                          FERNANDO M OLGUIN
                        UNITED STATES DISTRICT JUDGE